**DISMISS and Opinion Filed November 8, 2023**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

### No. 05-23-01022-CR
_____

**ANTHONY SNEED, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 076368**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Partida-Kipness

Before the Court is appellant's October 31, 2023 Motion to Withdraw Notice of Appeal and Dismiss Appeal. Appellant "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure." The motion is signed by appellant and his counsel. *See* TEX. R. APP. P. 42.2(a).

We grant the motion and dismiss the appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

231022F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY SNEED, Appellant

No. 05-23-01022-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 076368.
Opinion delivered by Justice Partida-Kipness. Justices Reichek and Breedlove participating.

Based on the Court's opinion of this date, appellant's Motion to Withdraw Notice of Appeal and Dismiss Appeal is **GRANTED** and this appeal is **DISMISSED**.

Judgment entered November 8, 2023